No. 91–849. BOARD OF EDUCATION OF COMMUNITY CONSOLI-
DATED SCHOOL DISTRICT NO. 21 *v.* ILLINOIS STATE BOARD OF
EDUCATION ET AL.; and

No. 91–913. PATTERSON, TRUSTEE *v.* SHUMATE. C. A. 4th
Cir. [Certiorari granted, 502 U. S. 1057.] Motion of David B.
Tatge, Trustee, for leave to file a brief as *amicus curiae* granted.

No. 91–946. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.*
UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, *ante,*
p. 905.] Motion of petitioner to dispense with printing the joint
appendix granted.

No. 91–1188. ROWLAND, FORMER DIRECTOR, CALIFORNIA DE-
PARTMENT OF CORRECTIONS, ET AL. *v.* CALIFORNIA MEN'S COL-
ONY, UNIT II MEN'S ADVISORY COUNCIL. C. A. 9th Cir. [Cer-
tiorari granted, *ante,* p. 905.] Motion of petitioners to dispense
with printing the joint appendix granted.

No. 91–6109. GILBERTSON *v.* GRAHAM ET AL., 502 U. S. 1003.
Motion of respondent Walker for attorney's fees denied.

No. 91–6194. CROSBY *v.* UNITED STATES. C. A. 8th Cir.
[Certiorari granted, *ante,* p. 905.] Motion for appointment of
counsel granted, and it is ordered that Mark D. Nyvold, Esq., of
St. Paul, Minn., be appointed to serve as counsel for petitioner in
this case.